UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| MAURICE KONIG, <br><br> Plaintiff, <br><br> vs. <br><br><br> TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; BANK OF AMERICA, N.A., <br><br> Defendants. | ) Case No.: 7:18-cv-07299-KMK-JCM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S MOTION SEEKING LEAVE OF COURT TO AMEND THE COMPLAINT

Plaintiff MAURICE KONIG, by and through undersigned counsel, respectfully moves this Court for leave to amend Plaintiff's Complaint. Plaintiff's Amended Complaint does not stem from "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [or] futility of amendment." *See Foman v. Davis*, 371 U.S. 178, 182 (1962). Plaintiff moves to amend his Complaint to add additional facts which have become clear during the course of discovery. Specifically, it is now known that TransUnion and Equifax were each reporting different Bank of America accounts, as opposed to the same ones. As such, leave should be freely given to allow Plaintiff to amend his Complaint.

The accompanying Memorandum of Law is fully incorporated herein.

Defendant Bank of America objects to this filing.

Dated: March 13, 2019

Respectfully submitted,

/s/ Daniel Zemel
Daniel Zemel, Esq.
**Zemel Law, LLC**
1373 Broad Street, Suite 203-C
Clifton, New Jersey 07013
(T) 862-227-3106
dz@zemellawllc.com
Attorneys for Plaintiff